# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:   Glover, Tracy Lynn           )
                                      )   Case No.: 08-81404
         Glover, Rhonda Kay           )          Chapter 7
         Freeman                      )
                      Debtor(s)       )

## WITHDRAW OF DOCUMENT

**COMES NOW,** the above named Debtor(s), by and through their attorney, Jimmy L. Veith, PC, and hereby withdraws the Motion to Avoid Judicial Lien, Notice of Motion to Avoid Judicial lien and Certificate of Mailing, Docket Entry Nos. 24, 25 & 26, filed herein on the 5th day of November, 2008.

/s/Jimmy :L Veith
Jimmy L. Veith, PC,  #9222
Attorney at Law
P.O. Box 607
120 A St NW
Ardmore, OK 73402
Phone: (580)226-2353
Fax: (580)226-2819