IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

Tracy Lynn Glover  Case No. 08-81404
Rhonda Kay Glover  Chapter 7
fka Rhonda Freeman

      Debtors.

Re:    Withdrawal of Motion and Notice of Motion to Avoid Lien filed by Debtors

Filed:   11/6/08

Docket Entry 28

## ORDER

The above-referenced withdrawal is approved. As a result, the Motion to Avoid Lien filed by Debtor (Docket Entry 24) and Notice of Motion (Docket Entry 25) are deemed withdrawn. The Movant is directed to notify all interested parties.

Dated this 6th day of November, 2008.

/s/ Tom R. Cornish
TOM R. CORNISH
United States Bankruptcy Judge

