UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: Glover, Tracy Lynn             )
                                       )  Case No.: 08-81404
       Glover, Rhonda Kay             )  Chapter 7
       Freeman                         )
                    Debtor(s)          )

## AMENDMENT TO SCHEDULES

COMES NOW, the above named debtor(s), and hereby amends the following schedules:

Schedule D, Schedule F, Mailing Matrix, and Statement of Intent

/s/Jimmy L. Veith
Jimmy L. Veith, PC, #9222
Attorney at Law
P.O. Box 607
120 A St NW
Ardmore, OK 73402
Phone: (580)226-2353
Fax: (580)226-2819

## VERIFICATION

I declare under penalty of perjury that the information contained in the above described schedules and any attachments thereto are true and correct.

Date: 12-17-08    Tracy L. Glover
                  Tracy Lynn Glover

Date: 12/19/08    Rhonda Glover
                  Rhonda Kay Glover

## AFFIDAVIT OF SERVICE

I hereby certify that on the 22nd day of December, 2008 a true and correct copy of this Pleading was mailed to all creditors listed on the amended mailing matrix and electronic notification was sent to the Chapter 7 Trustee and the U.S. Trustee.

/s/Jimmy L. Veith
Jimmy L. Veith, PC  #9222

# AMENDED SCHEDULE D - CREDITORS HOLDING GENERAL SECURED CLAIMS

All claims secured by property of the debtor are listed below. Each column contains the following information:

**CREDITOR:**
Name, address and zip code of the creditor, & account and loan number if available.

**COMMENTS:** 1st line - amount owed
2nd line - date claim was incurred
3rd line - whether debt is joint, husband, wife, community
4th line - whether contingent, unliquidated or disputed
5th line - name of codebtor other than spouse in joint case
6th line - consideration & misc. information

**P?:** "P" if lien is purchase money,
"N" if lien is non-purchase money.

**COLLATERAL:** Description of Collateral

**F.M.V.:** Fair market value of collateral.

| CREDITOR | COMMENTS | P? | COLLATERAL | VALUE |
|---|---|---|---|---|
| American Financial Services, Inc.<br>PO Box 707<br>Durant, OK 74701<br>2938 | $4,400.00<br>10/15/08<br>Husband Only<br><br>Vehicle | N | 1997 Chevrolet Pickup | $5,250.00<br><br><br>Total: $5,250.00 |
| | *Total Amt:* $94,813.86 | | (Includes amounts from previously filed schedules.) | |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

All unsecured nonpriority claims are listed below. Each column contains the following information:

**CREDITOR:** Name, address and zip code of the creditor, account or loan number, name of codebtor other than a spouse in a joint case.

**COMMENTS:** 1st line - amount owed
2nd line - date claim was incurred
3rd line - whether debt is joint, husband, wife, community
4th line - whether contingent, unliquidated or disputed
5th line - consideration and misc. comments.

| CREDITOR | COMMENTS | CREDITOR | COMMENTS |
|---|---|---|---|
| **American Financial Services, Inc.**<br>PO Box 707<br>Durant, OK 74701<br><br>2638 | $212.22<br>11/16/07<br>Husband Only<br><br>Loan | | |
| **Eastern Oklahoma Ear Nose**<br>5020 E. 68th St.<br>Tulsa, OK 74136<br><br>196134 | $734.90<br>7/2008<br>Wife Only<br><br>Medical | | |
| **Genesis Financial Solutions, Inc.**<br>Re: Mercantile Bank of Illinois<br>PO Box 4865<br>Beaverton, OK 97076<br>4746721030350062 | $3,181.60<br>2002/2003<br>Husband Only<br><br>Credit Card | | |
| **International Portfolio Inc.**<br>c/o Frost-Arnett Company<br>PO Box 198933<br>Nashville, TN 37219-8988<br>8702066676; T09214 | $1,723.00<br>2003<br>Wife Only<br><br>Medical | | |
| **International Portfolio Inc.**<br>c/o Frost-Arnett Company<br>PO Box 198933<br>Nashville, TN 37219-8988<br>870-6161781; T09215 | $2,448.98<br>2003/2004<br>Wife Only<br><br>Medical | | |
| **Lonestar Urology Clinic**<br>c/o CBSA Collections<br>PO Box 1929<br>Stillwater, OK 74076-1929<br>2138270 | $83.00<br>9/18/2002<br>Wife Only<br><br>Medical | | |

Glover, Tracy Lynn
Glover, Rhonda Kay
Case 08-81404 Doc 32 Filed 12/22/08 Entered 12/22/08 12:13:06 Desc Main
Document Page 3 of 8
Case No.: 08-81404
Chapter 7

```
American Financial Services, Inc.
PO Box 707
Durant, OK 74701
**


Eastern Oklahoma Ear Nose Throat
5020 E. 68th St.
Tulsa, OK 74136
**


Frost-Arnett
2450 Severn Ave. Ste. 218
Metairie, LA 70001
**


Genesis Financial Solutions, Inc.
Re:  Mercantile Bank of Illinois
PO Box 4865
Beaverton, OK 97076
**
International Portfolio Inc.
c/o Frost-Arnett Company
PO Box 198933
Nashville, TN 37219-8988
**
Lonestar Urology Clinic
c/o CBSA Collections
PO Box 1929
Stillwater, OK 74076-1929
**
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

Glover, Tracy Lynn ) Case No. 08-81404
Glover, Rhonda Kay ) Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| NAME OF CREDITOR | COLLATERAL | INTENTION | |
|---|---|---|---|
| American Financial Services, Inc. | 1997 Chevrolet Pickup | Keep | Reaffirm - Same Terms |
| Property is (check one) [X] Claimed as exempt | [ ] Not claimed as exempt | | |
| Cavalry Portfolio Services, LLC | Homestead-Judgment Lien | Avoid | |
| Property is (check one) [ ] Claimed as exempt | [X] Not claimed as exempt | | |
| Choctaw Nation of Oklahoma HR | 401K | Keep | Reaffirm - Same Terms |
| Property is (check one) [X] Claimed as exempt | [ ] Not claimed as exempt | | |
| Credit Acceptance Corporation | Homestead-Judgment Lien | Avoid | |
| Property is (check one) [ ] Claimed as exempt | [X] Not claimed as exempt | | |
| First United Bank & Trust Co. | Homestead | Keep | Reaffirm - Same Terms |
| Property is (check one) [X] Claimed as exempt | [ ] Not claimed as exempt | | |
| H. C. Rustin Corp. dba Rustin | 401K | Keep | Reaffirm - Same Terms |
| Property is (check one) [X] Claimed as exempt | [ ] Not claimed as exempt | | |
| Oklahoma Dept. of Human Services | Homestead-judgment lien | Keep | Reaffirm - Same Terms |
| Property is (check one) [ ] Claimed as exempt | [X] Not claimed as exempt | | |

| NAME OF CREDITOR | COLLATERAL | INTENTION | |
|---|---|---|---|
| Oklahoma Dept. of Human Services | Homestead-Judgment Lien | Keep | Reaffirm - Same Terms |

Property is (check one)
    [ ] Claimed as exempt      [X] Not claimed as exempt

| | | | |
|---|---|---|---|
| Oklahoma Dept. of Human Services | Homestead-Judgment Lien | Keep | |

Property is (check one)
    [ ] Claimed as exempt      [X] Not claimed as exempt

| | | | |
|---|---|---|---|
| Sooner Credit Corp. | 2003 Jeep Grand Cherokee | Keep | Reaffirm - Same Terms |

Property is (check one)
    [X] Claimed as exempt      [ ] Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 USC 365(p)(2):<br>[ ] YES      [ ] NO |
| Property No. 2 | | |
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 USC 365(p)(2):<br>[ ] YES      [ ] NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 12/18/08

_____
Signature of Debtor

_____
Signature of Joint Debtor